UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
      :
FERDINAND GRAULAU, *individually and on*  :  24 Civ. 4625 (DEH) (GS)
*behalf of all others similarly situated*,  :
      :  ORDER
      Plaintiff,  :
      :
  - against -  :
      :
LIBERTY ONE BRONX LLC, et al.,  :
      :
      Defendants.  :
-------------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      Pursuant to the Court's October 31, 2024 Order, Defendants were directed to answer or otherwise respond to Plaintiff's Complaint within 30 days after the parties completed mediation. (Dkt. No. 21). The docket indicates that the parties completed mediation on December 18, 2024, which would make the deadline for Defendants' submission today, January 17, 2025, but the docket also indicates that agreement was reached on all issues in mediation. (Dkt. Entry dated Dec. 18, 2024). Thus, in lieu of Defendants responding to Plaintiff's Complaint, the parties are directed to inform the Court by no later than **January 24, 2025** as to whether they intend to submit an application for settlement approval in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

      **SO ORDERED.**

Dated:    New York, New York
           January 17, 2025

                                                    The Honorable Gary Stein
                                                    United States Magistrate Judge