UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERDINAND GRAULAU, individually and on behalf of all others similarly situated.<br><br>　　　　　　　　　　Plaintiff(s),<br><br>– against –<br><br>LIBERTY ONE BRONX LLC and LIBERTY ONE GROUP LLC, NATHAN BAUM, JOSE MARTINEZ and CAROLA FERNENDEZ, individually<br>　　　　　　　　　　Defendants. | Case No. 1:24-cv-04625 (DEH)<br><br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, and in order to effectuate a settlement reached by the parties, Defendants Liberty One Group LLC, Liberty One Bronx LLC, Nathan Baum, Jose Martinez, and Carola Fernandez (collectively "Defendants"); having offered to allow Plaintiff Ferdinand Graulau ("Plaintiff") to take judgment against Defendants, in the sum of One Hundred Twenty-Two Thousand Five Hundred Dollars and Zero Cents ($122,500.00), to resolve all of Plaintiff's individual claims against Defendants in his Complaint in the above-captioned action, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated January 24, 205, and filed as Exhibit 1 to Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment (Dkt. No. 26).

**WHEREAS**, on January 27, 2025, Plaintiff accepted Defendants' Offer of Judgment, as confirmed in Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment (Dkt. No. 26);

**IT IS HEREBY ORDERED**, that judgment is entered in favor of Plaintiff in the sum of One Hundred Twenty-Two Thousand Five Hundred Dollars and Zero Cents ($122,500.00), in accordance with the terms and conditions of Defendants Rule 68 Offer of Judgment dated January

24, 2025, and filed as Exhibit 1 to Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment (Dkt. No. 26).

Within five (5) days after the Judgment Amount has been paid, Plaintiff shall file the Satisfaction of Judgment.

The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: January 30, 2025
New York, New York

_____
**Judge Dale E. Ho**
**United State District Judge**