USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 05/19/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERDINAND GRAULAU, individually and on behalf of all others similarly situated.

     Plaintiff(s),

– against –

LIBERTY ONE BRONX LLC and LIBERTY ONE GROUP LLC, NATHAN BAUM, JOSE MARTINEZ and CAROLA FERNENDEZ, individually

     Defendants.

Case No. 1:24-cv-04625 (DEH)

**SATISFACTION OF JUDGMENT**

**WHEREAS**, this Court entered a Judgment in the above-captioned action (Dkt. No. 28), pursuant to a Notice of Acceptance of Rule 68 Offer of Judgment (Dkt. No. 29), in favor of Ferdinand Graulau and against Liberty One Group LLC, Liberty One Bronx LLC, Nathan Baum, Jose Martinez, and Carola Fernandez in the amount of One Hundred Twenty-Two Thousand Five Hundred Dollars and Zero Cents ($122,500.00) ("Judgment Amount"); and

**WHEREAS**, the Judgment Amount having been paid in full, and it is certified that there are no outstanding executions with any Sheriff or Marshall;

**THEREFORE**, full and complete satisfaction of the Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make entry of the full and complete satisfaction of the Judgment on the docket.

Dated: New York, New York
May 15, 2025

              L & D Law P.C.
              *Attorneys for Plaintiff*

              By: _____
              Paul Liggieri, Esq.
              Alban Dunisha, Esq.
              11 Broadway, Suite 615
              New York, NY 10004
              (212) 374-9786
              paul@ldlawpc.com
              alban@ldlawpc.com

ROBERT WASHUTA
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02WA6063276
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES 8/27/2025

SO ORDERED.

Dated: May 19, 2025
New York, New York

Dale E. Ho
United States District Judge